No.    2013AP1485-D

STATE OF WISCONSIN                    :        IN SUPREME COURT

**In the Matter of Disciplinary Proceedings**
**Against Amoun Vang Sayaovong, Attorney at Law:**

**Office of Lawyer Regulation,**                          **FILED**

          **Complainant,**

                                                         **NOV 18, 2014**

     **v.**

                                                         Diane M. Fremgen
**Amoun Vang Sayaovong,**                                Clerk of Supreme Court

          **Respondent.**

ERRATA SHEET

     PLEASE TAKE NOTICE that corrections were made to paragraph 17 and footnote 5 in the above-captioned opinion which was released on July 30, 2014.  A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.